AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NILOUFAR EBADI <br><br> *Plaintiff(s)* <br><br> v. <br><br> DIAMOND STANDARD INC. and DIAMOND STANDARD LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00103 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diamond Standard LLC and Diamond Standard Inc.
565 5th Avenue, New York, NY 10017
c/o Michelle Coyne
Kauff McGuire & Margolis LLP
950 Third Avenue, 14th Floor, New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Max C. Bracero, Esq
Phillips & Associates, PLLC
45 Broadway, Suite 430, New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/8/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

