# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

*Via ECF*

June 14, 2024

Hon. Jennifer L. Rochon
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** Ebadi v. Diamond Standard Inc., et al.
Case No. 1:24-cv-00103-JLR

Dear Judge Rochon,

We represent the Defendants, Diamond Standard Inc. and Diamond Standard LLC (collectively, "Defendants"). We submit this letter pursuant to Rule 1.F of Your Honor's Individual Practices to request an adjournment of the Initial Pretrial Conference currently scheduled for June 25, 2024. The reason for this request is that the undersigned will be traveling on firm-related business on June 24, and returning on June 26. This is the first request for an adjournment of this conference. Plaintiff's counsel has consented to this request. Counsel for the parties have conferred, and are currently available on July 2, 3, 9 and 10.

If you have any questions or need any additional information, please do not hesitate to contact me. Thank you in advance for your consideration of this request.

Very truly yours,

*/s/ Michael L. Abitabilo*

Michael L. Abitabilo
(914) 872-8060
michael.abitabilo@jacksonlewis.com
Jackson Lewis P.C.

cc: All Counsel of Record (via ECF)

4872-8534-4712, v. 1

---

The request to adjourn the initial pretrial conference is GRANTED. The conference shall now be held on **July 9, 2024**, at **12:00 p.m.**

Dated: June 14, 2024
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**