UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NILOUFAR EBADI,<br><br>                            Plaintiff,<br><br>-against-<br><br>DIAMOND STANDARD INC. and DIAMOND STANDARD LLC,<br><br>                            Defendants. | Case No. 1:24-cv-00103 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As discussed on the record at the post-discovery, pre-motion conference, the Court sets forth the following briefing schedule for Defendants' motion for summary judgment: (1) Defendants' opening brief shall be due **May 20, 2025**; (2) Plaintiff's opposition brief shall be due **June 10, 2025**; and (3) Defendants' reply brief shall be due **June 24, 2025**. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 27 and Dkt. 28.

Dated:  April 15, 2025
          New York, New York

                                                    SO ORDERED.

                                                    *Jennifer Rochon*
                                                    JENNIFER L. ROCHON
                                                    United States District Judge